**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter __**7**__

☐ Check if this is an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1529922** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **500 Office Center Drive, Suite 400** <br> **Fort Washington, PA 19034** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br> **2252 Warner Road Lansdale, PA 19446** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Commonweathinsure.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**    Case number (*if known*)
_____

Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__52__

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**        Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

Debtor   **Commonwealth Insurance Advantage, LLC, DBA Commonwealth
Insurance Advantage**

Name

Case number (*if known*)

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**
Name

Case number (*if known*)

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 24, 2026**
MM / DD / YYYY

*X* **/s/ Eric K. Bossard**                                    **Eric K. Bossard**
Signature of authorized representative of debtor         Printed name

Title      **President**

---

**18. Signature of attorney**

*X* **/s/ David M. Offen**                                    Date **June 24, 2026**
Signature of attorney for debtor                              MM / DD / YYYY

**David M. Offen**
Printed name

**Law Offices of David M. Offen**
Firm name

**Suite 160 West, The Curtis Center**
**601 Walnut Street**
**Philadelphia, PA 19106**
Number, Street, City, State & ZIP Code

Contact phone   **215-625-9600**          Email address   **info@offenlaw.com**

**41626 PA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2026**          *X* **/s/ Eric K. Bossard**
                                          Signature of individual signing on behalf of debtor

                                          **Eric K. Bossard**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................................. $ **9,402.45**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................................... $ **9,402.45**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **91,590.41**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **13,199.38**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **3,056,117.14**

4. **Total liabilities** .................................................................................................................................
Lines 2 + 3a + 3b        $ **3,160,906.93**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Savings** | | **$0.00** |
| 3.2. | **TD Bank** **$1,26.69** | **Checking 4169** | | **$1,266.69** |
| 3.3. | **Columbia Bank** | **Checking 1863** | | **$2,135.76** |
| 3.4. | **Fulton Bank fkaRepublic Bank - believes account is closed but not certain** | **Checking** | | **$0.00** |
| 3.5. | **Fulton Bank fkaRepublic Bank - believes account is closed but not certain** | **Savings** | | **$0.00** |
| 3.6. | **Fulton Bank fkaRepublic Bank** | **HRA** | | **Unknown** |

Debtor   **Commonwealth Insurance Advantage, LLC, DBA**
**Commonwealth Insurance Advantage**
Name                                            Case number *(If known)*

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                           **$3,402.45**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:          **0.00**  -          **0.00**  = ....          **Unknown**
face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                           **$0.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.     **Office furniture**

| Debtor | **Commonwealth Insurance Advantage, LLC, DBA** **Commonwealth Insurance Advantage** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Furniture and Equipment** | $5,000.00 | | $5,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software Cellphones, Laptops, Printers, Computer equipment - no furniture that the equipment is on since everyone worked out of their homes - this equipment is located in the individual employees household that worked for the Corporation.** — $1,000.00 — $1,000.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. — $6,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Commonweathinsure.com - Does not believe that the website has any value** | **Unknown** | | **$0.00** |

Debtor   **Commonwealth Insurance Advantage, LLC, DBA
Commonwealth Insurance Advantage**                     Case number *(If known)*
Name

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                          **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**
Name

Case number *(If known)*

---

Part 12: **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,402.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,402.45 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 · $9,402.45

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **PIRS Capital, LLC c/o** | Describe debtor's property that is subject to a lien | $91,590.41 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**AMA Recovery Group**
**3131 Eastside Street, #435**
**Houston, TX 77098**

Creditor's mailing address

_____

Creditor's email address, if known

**Describe the lien**
**UCC filing for Capital Fuding**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $91,590.41 |
|---|---|---|

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Dianne Garvin**
**444 Sylvania Avenue**
**Glenside, PA 19038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$6,031.26**    Priority amount **$6,031.26**

Date or dates debt was incurred

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$20.82**    Priority amount **$20.82**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Commonwealth Insurance Advantage, LLC, DBA** | Case number (if known) | |
|---|---|---|---|
| | **Commonwealth Insurance Advantage** | | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Priority creditor's name and mailing address
**James W. Van Wagtendonk, Senior Counsel**
**Office of Chief Counsel - Pa. Dept Labor**
**10th Floor, Labor & Industry Bldg.**
**651 Boas Street**
**Harrisburg, PA 17121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025/2026**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,177.20 | $5,177.20 |

Priority creditor's name and mailing address
**Josette Reilly**
**121 Suffield Court**
**Chalfont, PA 18914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,970.10 | $1,970.10 |

Priority creditor's name and mailing address
**Matthew Bourgeois**
**10014 Ferry Creek Drive**
**Shreveport, LA 71106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,641.74 |

Nonpriority creditor's name and mailing address
**Arbury Insurance Agency**
**2816 Jefferson Avenue**
**Midland, MI 48640**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Brokers commissions**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2** Nonpriority creditor's name and mailing address
**Artek Insurance**
**67 Ny-59, Suite 202**
**Spring Valley, NY 10977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,522.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brokers commissions**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Arthur R.  Jenkins, Jr., Esquire**
**325 Dekalb Street**
**P.O. Box 710**
**Norristown, PA 19404-0710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$5,892.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Berkshire Hathaway**
**WestGUARD Insurance Company PO Box 78557**
**Philadelphia, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$54.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**Bringing Hope Home**
**641 Swedesford Rd**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charitable Co. 501C3**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**Brinker Simpson & Company, LLC**
**1400 N. Providence Rd, Suite 2000E**
**Media, PA 19063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$85,937.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debtor's Accounting Firm**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**CAC Specialty Healthcare**
**115 Office Park Drive Ste 200**
**Birmingham, AL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$11,604.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brokers commissions**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**Capital Group**
**PO Box 659530**
**San Antonio, TX 78265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$562.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Commonwealth Insurance Advantage, LLC, DBA**
**Commonwealth Insurance Advantage**
_____
Name

Case number (if known) _____

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,446.38** |

**Capstone**
**8681 W. Sahara Ave #100**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Brokers commissions**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86.63** |

**Central Licensing Bureau**
**1501 N University Suite 550**
**Little Rock, AR 72207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Company that processed insurance license - may be outof business**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,537.97** |

**Cornell Insurance Services**
**105 Fieldcrest Avenue, Suite 104**
**Edison, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Brokers commissions**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,345.80** |

**Eric Bossard**
**2252 Warner Road**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,825.78** |

**Fairmatic**
**P.O. Box 92340**
**Las Vegas, NV**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Insurance Carrier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |

**Farimont Insurance Brokers, LTD**
**100 60th Street**
**Brooklyn, NY**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,014.36** |

**First Insurance Funding**
**450 Skokie Blvd. Suite 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Commonwealth Insurance Advantage, LLC, DBA**
**Commonwealth Insurance Advantage**                    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$178,799.68** |
| | **Forward Financing LLC** | ☐ Contingent |
| | **53 State St 20th Floor,** | ☐ Unliquidated |
| | **Boston, MA 02109** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$158.08** |
| | **GNP Insurance** | ☐ Contingent |
| | **5 Corporate Drive** | ☐ Unliquidated |
| | **Central Valley, NY 10917** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$2,860.91** |
| | **Grandview Brokerage** | ☐ Contingent |
| | **1815 65th Street** | ☐ Unliquidated |
| | **Brooklyn, NY 11204** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$3,811.81** |
| | **Lamb Financial Goup** | ☐ Contingent |
| | **145 West 45th Street, Suite 602** | ☐ Unliquidated |
| | **New York, NY 10036** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$585.00** |
| | **Merchants Insurance Group** | ☐ Contingent |
| | **PO Box 4031** | ☐ Unliquidated |
| | **Buffalo, NY 14240** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **General Liability Insurance Premium** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$59,428.52** |
| | **MGI Brokerage Inc.** | ☐ Contingent |
| | **1309 54th Street, Suite B** | ☐ Unliquidated |
| | **Brooklyn, NY 11219** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Commissions** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$11,440.00** |
| | **National Registered Agents, Inc.** | ☐ Contingent |
| | **CT Corporation 208 S. LaSalle Street** | ☐ Unliquidated |
| | **Chicago, IL 60604** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Insurance Licensing work** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Commonwealth Insurance Advantage, LLC, DBA**
**Commonwealth Insurance Advantage**
Name

Case number (if known) _____

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,225.27** |
|---|---|---|---|

**Opus Tech LLC**
**104 Business Park Drive Suite F**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Technology Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,260,401.43** |
|---|---|---|---|

**P&G Brokerage Inc. D/B/A**
**P&G Insurance Brokers, Inc.**
**1648 61st Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Commissions alleged owed under Broker/Agent**
**Agreement**
**Please see all additional notices of different counsel and others**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78,211.79** |
|---|---|---|---|

**P&G Long Island, Inc.**
**76 South Central Avenue**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,771.74** |
|---|---|---|---|

**Pharmacists Mutual**
**P.O. Box 370**
**Algona, IA 50511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance Carrier & handles insurance commissions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125,681.31** |
|---|---|---|---|

**PIRS Capital**
**1688 Meridian Ave Ste 700**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,022.00** |
|---|---|---|---|

**PLAN IT AZ, LLC**
**1008 Campbell Street**
**Camden, SC 29020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Subcontractor that does HR work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$268.00** |
|---|---|---|---|

**Regus**
**500 Office Center Drive, Suite 400**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**
Name

Case number (if known) _____

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,388.43** |

**Robert McIntrye Insurance Inc**
**420 East Lancaster Avenue**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Broker**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,084.00** |

**SBA Loan Payment**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Senior Living Insurance**
**1720 South Bellaire Streeet, Suite 615**
**Denver, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Insurance Broker**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96,460.57** |

**Shomer Insurance Services**
**5805 Sepulveda Blvd., Suite 500**
**Sherman Oaks, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Commissions**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,949.13** |

**Skyscraper Insurance Service, Inc.**
**120 Hempstead Road**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Broker**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**State of Delaware**
**Division of Corporations**
**P.O. Box 5509**
**Binghamton, NY 13902-5509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Annual Corporate filing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.40** |

**Sterling Now**
**PO Box 35626**
**Newark, NJ 07193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Commonwealth Insurance Advantage, LLC, DBA**
**Commonwealth Insurance Advantage**
Name                                            Case number (if known) _____

| | |
|---|---|
| 3.37 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$95,057.83** |
| **Tatum Reinsurance Intermediary, LLC c/o** | |
| **Ragan and Ragan, PC** | ☐ Contingent |
| **3100 Route 138 West** | ☐ Unliquidated |
| **Brinley Plaza, Bldg. 1** | ☐ Disputed |
| **Belmar, NJ 07719** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Brokerage placement fee - commissions** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.38 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$11,790.20** |
| **TD Bank** | ☐ Contingent |
| **POBox 1377** | ☐ Unliquidated |
| **Lewiston, ME 04243-1377** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Business credit card** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.39 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$125.00** |
| **The Harrison Group, Inc.** | ☐ Contingent |
| **3 Raymond Rive, #201** | ☐ Unliquidated |
| **Havertown, PA 19083** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Handled Health Reimbursement Account** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.40 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$185,734.89** |
| **The Omni Agency, Inc.** | ☐ Contingent |
| **3877 Flatlands Avenue** | ☐ Unliquidated |
| **Brooklyn, NY** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Broker - Commissions** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.41 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,495.06** |
| **World Insurance Associates** | ☐ Contingent |
| **P.O. Box 95000, LB#1803** | ☐ Unliquidated |
| **Philadelphia, PA** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Barry Perlstein, CEO**<br>**1648 61st Street**<br>**Brooklyn, NY 11218** | Line  **3.24**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **David Klein**<br>**President - Healthcare Division**<br>**P&G Insurance Brokers**<br>**3923 Fort Hamilton Parkway**<br>**Brooklyn, NY 11218** | Line  **3.24**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Commonwealth Insurance Advantage, LLC, DBA** | Case number (if known) | |
|---|---|---|---|
| | **Commonwealth Insurance Advantage** | | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Jennifer Priest**<br>**AMA Recovery Group**<br>**3131 Eastside Street**<br>**Houston, TX 77098** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mark R. Fischer, Esq**<br>**40 East Airy Street**<br>**Norristown, PA 19404** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Noah A. Schwartz, Esq**<br>**2 Penn Center, Suite 1410**<br>**Philadelphia, PA 19102** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Samuel Kadosh, Esq.**<br>**Gulko Schwed LLP**<br>**40 Wall Street, 60th Floor**<br>**New York, NY 10005** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **TD Bank**<br>**PO Box 9547**<br>**Portland, ME 04112** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **TD Bank**<br>**P.O. Box 100290**<br>**Columbia, SC 29202-3290** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **W. Peter Ragan, Jr.**<br>**Ragan and Ragan PC**<br>**3100 Route 138 West**<br>**Brinley Plaza, Building One**<br>**Belmar, NJ 07719** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 13,199.38 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ | 3,056,117.14 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | **3,069,316.52** |

**Fill in this information to identify the case:**

Debtor name: **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **This is a lease that was originally signed in 2016.  The lease renews yearly and becomes an annual lease if no party cancels the same.  It is paid monthly** | |
| | State the term remaining | **Ends - June, July of 2027** | **Regus** |
| | List the contract number of any government contract | | **500 Office Center Drive, Suite 400** **Fort Washington, PA 19034** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric Bossard** | **2252 Warner Road Lansdale, PA 19446** | **James W. Van Wagtendonk, Senior Counsel** | ☐ D _____<br>■ E/F **2.3**<br>☐ G _____ |
| 2.2 | **Eric Bossard** | **2252 Warner Road Lansdale, PA 19446** | **Josette Reilly** | ☐ D _____<br>■ E/F **2.4**<br>☐ G _____ |
| 2.3 | **Eric Bossard** | **2252 Warner Road Lansdale, PA 19446** | **Matthew Bourgeois** | ☐ D _____<br>■ E/F **2.5**<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$215,501.20** |
   | **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$914,648.00** |
   | **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$3,226,038.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

| Debtor | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **BMW Financial Services** | **Paid over the last 3 months - around $8,000 - $9,000.  This is not a corporate creditor but was paid by the Corporation for Eric Bossard to have a vehicle to get aroun** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Car used by President of Commonwealth for purpose of getting around to sell insurance.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** | Case number *(if known)* |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **P&G Brokerage Inc. vs. Commonwealth Insurance Advantage, LLC and Eric Bossard**<br>**2025-05395** | **Civil Action regarding insurance commissions** | **Montgomery County Court of Common Pleas**<br>**The Clerk of Courts**<br>**PO Box 311**<br>**Norristown, PA 19404** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Forward Financing LLC v. Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage and Eric Bossard**<br>**6341231** | **Action to recover monies used to fund Insurance Business** | **Resolute Dispute Resolution Systems**<br>**900 Nerrick Avenue, Suite 200**<br>**East Meadow, NY 11554** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Kent Reinsurance Intermediaries LLC assignee Tatum Reinsurance Intermediary LLC**<br>**L-4642-25** | **Civil Action** | **Superior Court of New Jersey**<br>**Monmouth County**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Various charities - Debtor can supply** | **Debtor believes it is $960 but the money may qualify as marketing as well as the money from the prior year which is unknow.** | **Various Dates**<br>**$960 in 2025** | **Unknown** |
| | **Recipients relationship to debtor** | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

Debtor    **Commonwealth Insurance Advantage, LLC, DBA**            Case number *(if known)*
          **Commonwealth Insurance Advantage**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Debtor believes that his accountant - David Grannaman stole money from the Company and it was not detected and it was not detected until Grannaman was near death.  This is was probably the key underlying factor which brought about the demise of the business | NONE | Various - Debtor's employee before he died | Unknown |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Offices of David M. Offen Suite 160 West, The Curtis Center**<br>**601 Walnut Street**<br>**Philadelphia, PA 19106** | **Attorney Fees of $15,662 plus the filing fee.** | **02/24/2026**<br>**06/12/2026** | **$15,662.00** |
| **Email or website address**<br>**info@offenlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

| Debtor | **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** | Case number *(if known)* | |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■   No.
☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor  **Commonwealth Insurance Advantage, LLC, DBA
Commonwealth Insurance Advantage**                              Case number *(if known)*

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor   **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**                    Case number *(if known)*

---

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Thomas J. McGarrigle, Jr. CPA** <br> **Brinker, Simpson and Company, LLC** <br> **1400 North Providence Road** <br> **Bldg. 2, Suite 2000E** <br> **Media, PA 19063** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No

    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No

    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No

    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

Debtor  **Commonwealth Insurance Advantage, LLC, DBA**          Case number *(if known)*
**Commonwealth Insurance Advantage**

- ■ No
- ☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| **Company had a 401 Plan.  The Debtor had requested a copy of the balance in the 401K plan and has not received the same.  Total amount sitting in 401K is  42,454.62 for Adam Breg, Eric Bossard, Kevin Dargan, Olivia Donahue, Kevin Luckman and Josette Santucci-Reilly and the funds are at American Funds.  However Olivia Donohue had requested a rollover and no certain if it has been done.** | **EIN:**      **81-1529922** |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 24, 2026**

**/s/ Eric K. Bossard**                              **Eric K. Bossard**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,662.00** |
| Prior to the filing of this statement I have received | $ | **15,662.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   [✔] Debtor     [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✔] Debtor     [ ] Other (specify):

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, lien avoidances, relief from stay actions or any other adversary proceeding, trustee motions to dismiss, Objections to claims, adding of creditors, handling of objections to confirmation by Creditor or Trustee, negotiations with creditors to reduce or determine value of claims and any other legal work not contemplated above, additional 341 meetings for failure to appear. Fees charged at hourly rate of $425.00 per hour.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 24, 2026**
*Date*

/s/ Eric K. Bossard

**/s/ David M. Offen**
**David M. Offen**
*Signature of Attorney*
**Law Offices of David M. Offen**
**Suite 160 West, The Curtis Center**
**601 Walnut Street**
**Philadelphia, PA 19106**
**215-625-9600**
**info@offenlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

Debtor(s)

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 24, 2026**

**/s/ Eric K. Bossard**

**Eric K. Bossard**/**President**
Signer/Title

Arbury Insurance Agency
2816 Jefferson Avenue
Midland, MI 48640


Artek Insurance
67 Ny-59, Suite 202
Spring Valley, NY 10977


Arthur R.  Jenkins, Jr., Esquire
325 Dekalb Street
P.O. Box 710
Norristown, PA 19404-0710


Barry Perlstein, CEO
1648 61st Street
Brooklyn, NY 11218


Berkshire Hathaway
WestGUARD Insurance Company PO Box 78557
Philadelphia, PA 19178


Bringing Hope Home
641 Swedesford Rd
Malvern, PA 19355


Brinker Simpson & Company, LLC
1400 N. Providence Rd, Suite 2000E
Media, PA 19063


CAC Specialty Healthcare
115 Office Park Drive Ste 200
Birmingham, AL


Capital Group
PO Box 659530
San Antonio, TX 78265

Capstone
8681 W. Sahara Ave #100
Las Vegas, NV 89117


Central Licensing Bureau
1501 N University Suite 550
Little Rock, AR 72207


Cornell Insurance Services
105 Fieldcrest Avenue, Suite 104
Edison, NJ


David Klein
President - Healthcare Division
P&G Insurance Brokers
3923 Fort Hamilton Parkway
Brooklyn, NY 11218


Dianne Garvin
444 Sylvania Avenue
Glenside, PA 19038


Eric Bossard
2252 Warner Road
Lansdale, PA 19446


Eric Bossard
2252 Warner Road
Lansdale, PA 19446


Fairmatic
P.O. Box 92340
Las Vegas, NV

Farimont Insurance Brokers, LTD
100 60th Street
Brooklyn, NY


First Insurance Funding
450 Skokie Blvd. Suite 1000
Northbrook, IL 60062


Forward Financing LLC
53 State St 20th Floor,
Boston, MA 02109


GNP Insurance
5 Corporate Drive
Central Valley, NY 10917


Grandview Brokerage
1815 65th Street
Brooklyn, NY 11204


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


James W. Van Wagtendonk, Senior Counsel
Office of Chief Counsel - Pa. Dept Labor
10th Floor, Labor & Industry Bldg.
651 Boas Street
Harrisburg, PA 17121


Jennifer Priest
AMA Recovery Group
3131 Eastside Street
Houston, TX 77098

Josette Reilly
121 Suffield Court
Chalfont, PA 18914

Lamb Financial Goup
145 West 45th Street, Suite 602
New York, NY 10036

Mark R. Fischer, Esq
40 East Airy Street
Norristown, PA 19404

Matthew Bourgeois
10014 Ferry Creek Drive
Shreveport, LA 71106

Merchants Insurance Group
PO Box 4031
Buffalo, NY 14240

MGI Brokerage Inc.
1309 54th Street, Suite B
Brooklyn, NY 11219

National Registered Agents, Inc.
CT Corporation 208 S. LaSalle Street
Chicago, IL 60604

Noah A. Schwartz, Esq
2 Penn Center, Suite 1410
Philadelphia, PA 19102

Opus Tech LLC
104 Business Park Drive Suite F
Ridgeland, MS 39157

P&G Brokerage Inc. D/B/A
P&G Insurance Brokers, Inc.
1648 61st Street
Brooklyn, NY 11218


P&G Long Island, Inc.
76 South Central Avenue
Valley Stream, NY 11580


Pharmacists Mutual
P.O. Box 370
Algona, IA 50511


PIRS Capital
1688 Meridian Ave Ste 700
Miami Beach, FL 33139


PIRS Capital, LLC c/o
AMA Recovery Group
3131 Eastside Street, #435
Houston, TX 77098


PLAN IT AZ, LLC
1008 Campbell Street
Camden, SC 29020


Regus
500 Office Center Drive, Suite 400
Fort Washington, PA 19034


Regus
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Robert McIntrye Insurance Inc
420 East Lancaster Avenue
Wayne, PA 19087


Samuel Kadosh, Esq.
Gulko Schwed LLP
40 Wall Street, 60th Floor
New York, NY 10005


SBA Loan Payment
14925 Kingsport Rd
Fort Worth, TX 76155


Senior Living Insurance
1720 South Bellaire Streeet, Suite 615
Denver, CO 80227


Shomer Insurance Services
5805 Sepulveda Blvd., Suite 500
Sherman Oaks, CA 91411


Skyscraper Insurance Service, Inc.
120 Hempstead Road
Spring Valley, NY 10977


State of Delaware
Division of Corporations
P.O. Box 5509
Binghamton, NY 13902-5509


Sterling Now
PO Box 35626
Newark, NJ 07193

Tatum Reinsurance Intermediary, LLC c/o
Ragan and Ragan, PC
3100 Route 138 West
Brinley Plaza, Bldg. 1
Belmar, NJ 07719


TD Bank
POBox 1377
Lewiston, ME 04243-1377


TD Bank
PO Box 9547
Portland, ME 04112


TD Bank
P.O. Box 100290
Columbia, SC 29202-3290


The Harrison Group, Inc.
3 Raymond Rive, #201
Havertown, PA 19083


The Omni Agency, Inc.
3877 Flatlands Avenue
Brooklyn, NY


W. Peter Ragan, Jr.
Ragan and Ragan PC
3100 Route 138 West
Brinley Plaza, Building One
Belmar, NJ 07719


World Insurance Associates
P.O. Box 95000, LB#1803
Philadelphia, PA

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eric Bossard
2252 Warner Road
Lansdale, PA 19446**

☐ None [*Check if applicable*]

**June 24, 2026**

Date

**/s/ David M. Offen**

**David M. Offen**

Signature of Attorney or Litigant

Counsel for **Commonwealth Insurance Advantage, LLC, DBA Commonwealth Insurance Advantage**

**Law Offices of David M. Offen**
**Suite 160 West, The Curtis Center**
**601 Walnut Street**
**Philadelphia, PA 19106**
**215-625-9600**
**info@offenlaw.com**